TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
AMERICA'S SERVICING COMPANY duly authorized
servicing agent for US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5
BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A.,
SUCCESSORS BY MERGER TO WELLS FARGO HOME MORTGAGE,
INC., its successors and/or its assigns

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>RESTITUTO M. TIGLAO and<br>ROSEMIA S. TIGLAO,<br><br>Debtor.<br>_____<br><br>AMERICA'S SERVICING COMPANY duly authorized servicing agent for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSORS BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., its successors and/or its assigns,<br><br>                Movant,<br>-vs-<br><br>RESTITUTO M. TIGLAO; ROSEMIA S. TIGLAO,<br><br>                Respondents. | Case No: 09-50255-MM<br><br>RS No: TJS-669<br><br>Chapter 11<br><br>MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Date: February 10, 2010<br>Time: 3:00 p.m.<br>Ctrm: 3070<br><br>The Courtroom of the Honorable Marilyn Morgan |

    Secured Creditor and Moving Party, AMERICA'S SERVICING COMPANY duly authorized servicing agent for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSORS BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.,

its successors and/or its assigns MORTGAGEIT, INC. its successors and/or its assigns by its servicing agent AMERICA'S SERVICING COMPANY ("Movant"), respectfully submits the following Motion for Relief From Automatic Stay, to enforce its lien upon real property of the Debtors, RESTITUTO M. TIGLAO and ROSEMIA S. TIGLAO ("Debtors").

1. On January 16, 2009, the Debtors filed a voluntary Chapter 11 bankruptcy case.

2. A Trustee has not yet been assigned.

3. On or about November 17, 2005, the Debtors executed and delivered to Movant's predecessor in interest CTX Mortgage Company, LLC ("CTX") a written an Adjustable Rate Note ("Note"), for value received. Pursuant to the terms of Note, the Debtors promised to pay to CTX the principal sum of $336,000.00 at an initial interest rate of 6.375%, commencing on or about January 1, 2006, and continuing until paid in full. The current monthly payment is $2,207.10.

4. To secure repayment of Note, on or about November 17, 2005, the Debtors granted to CTX a beneficial interest under a first priority Deed of Trust. This Deed of Trust encumbers residential real property located at 8129 Otter Falls Court, North Las Vegas, Nevada 89085 (the "property"). The Deed of Trust was recorded in the Official Records of Clark County, Nevada.

5. On or about January 26, 2009, Movant acquired the loan from CTX. AMERICA'S SERVICING COMPANY is the duly authorized servicing agent for Movant.

///
///
///
///
///
///
///
///
///

6.  On August 1, 2008, the Debtors defaulted under the terms of the Note, by failing to make the monthly payment due on that date. The Debtors have failed to make all consecutive monthly payments on the Note due thereafter to Movant. Arrearages now exist in the amount of $43,956.16, representing eighteen (18) payments, and other fees and costs. An additional payment is due on February 1, 2010. Arrearages are as follow:

| | | |
|---|---|---:|
| 8/1/08 - 1/1/09 payments of $2,196.49 each | $ | 13,178.94 |
| 2/1/09 - 1/1/10 payments of $2,207.10 each | $ | 26,485.20 |
| Accrued late charges | $ | 1,426.72 |
| Property inspection fees | $ | 30.00 |
| Corporate balance | $ | 2,335.30 |
| <u>Attorneys Fees for Motion for Relief</u> | <u>$</u> | <u>500.00</u> |
| Total Arrearages | $ | 43,956.16 |

7.  The last payment was received from the Debtors on July 14, 2008 representing their July 1, 2008 mortgage payment.

8.  As a result of the default, on November 10, 2008, Movant recorded a Notice of Default against the real property. There are no further foreclosure actions pending at this time.

9.  Pursuant to the Debtors' proposed Chapter 11 Plan filed on or about November 23, 2009, Movant is informed and believes that the Debtors are proposing to surrender the real property.

10. Movant is informed and believes that the liens encumbering the property are as follows:

   (a) A First Deed of Trust in favor of Movant securing an approximate total obligation of $376,507.31.

   (b) A Second Deed of Trust in favor of Bank of America securing an approximate principal obligation of $100,820.31.

   (c) A Tax Lien in favor of the Clark County Tax Collector securing an approximate principal obligation of $5,000.00.

///

11. The total amount due and owing to Movant on the Note as of December 10, 2009 is $376,507.31, excluding attorney's fees.

12. <u>MOVANT IS NOT ADEQUATELY PROTECTED</u>:

    12.1 Based upon the following analysis, Movant is not adequately protected by the property owned by the Debtors, and is therefore entitled to relief from the automatic stay pursuant to §362(d)(1) of the Bankruptcy Code:

| | |
|---|---:|
| Provable Market Value | $ 205,500.00 |
| Less 8% Costs of Sale | $ 16,440.00 |
| Less Lien of Movant | $ 376,507.31 |
| Less Lien of Bank of America | $ 100,820.31 |
| <u>Less Tax Lien of Clark County Nevada</u> | <u>$ 5,000.00</u> |
| Total Maximum Equity Cushion | $ 293,277.62 |

    12.2 After deducting costs of sale and the sum securing the liens of Movant, Bank of America, and Clark County Nevada, there is no equity existing on the property. This is inadequate to protect Movant's interest in the property due to the accruing interest and attorney's fees incurred by Movant.

    12.3 Interest continues to accrue on the lien of Movant at the rate of approximately 6.375% per annum. Additionally, Movant has incurred, and continues to incur expense in collecting the amounts owed and protecting its interests.

WHEREFORE, Movant prays that the automatic stay be modified as follows:

A. For an Order granting Movant immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 8129 Otter Falls Court, North Las Vegas, Nevada 89085;

B. Upon foreclosure, in the event the Debtor or any successor or assign, fails to deliver up possession of the subject property, Movant shall be permitted to proceed with its remedies available in State Court, including that of unlawful detainer;

C. That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

///

1    D.   That the Order be binding and effective despite any conversion of this bankruptcy
2    case to a case under any other chapter of Title 11 of the United States Code.
3    E.   That Movant have such other and further relief as the Court may deem just and
4    proper.
5    Dated: January 22, 2010                                Respectfully Submitted,

SOLOMON, GRINDLE, SILVERMAN &
WINTRINGER, APC


By:   /S/ Timothy J. Silverman
      Timothy J. Silverman, Esq.
      Attorneys for Secured Creditor,
      AMERICA'S SERVICING COMPANY
      duly authorized servicing agent for US
      BANK NATIONAL ASSOCIATION, AS
      TRUSTEE FOR GSAA HOME EQUITY
      TRUST 2006-5 BY ITS ATTORNEY IN
      FACT WELLS FARGO BANK, N.A.,
      SUCCESSORS BY MERGER TO
      WELLS FARGO HOME MORTGAGE,
      INC., its successors and/or its assigns