

1  Timothy J. Silverman, Esq.
   Bar No. 145264
2  Solomon, Grindle, Silverman
   & Wintringer
3  A Professional Corporation
   12651 High Bluff Drive, Suite 300
4  San Diego, California 92130
   Telephone: (858) 793-8500
5  Facsimile: (858) 793-8263
   Email: tim@sgsslaw.com

The following constitutes
the order of the court. Signed February 22, 2010

_____
Marilyn Morgan
U.S. Bankruptcy Judge
_____

7  Attorneys for Secured Creditor/
   Moving Party America's Servicing
   Company duly authorized servicing
8  agent for US Bank National
   Association, As Trustee for GSAA
9  Home Equity Trust 2006-5
   By its Attorney in Fact Wells Fargo
10 Bank, N.A., Successors by Merger to
   Wells Fargo Home Mortgage, Inc.,
11 its successors and/or its assigns

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No: 09-50255-MM |
| RESTITUTO M. TIGLAO and ROSEMIA S. TIGLAO, | RS No: TJS-669 |
| Debtor. | Chapter 11 |
| | ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY |
| AMERICA'S SERVICING COMPANY duly authorized servicing agent for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSORS BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., its successors and/or its assigns, | Date: February 10, 2010
Time: 3:00 p.m.
Ctrm: 3070

The Courtroom of the Honorable Marilyn Morgan |
| Movant, | |
| -vs- | |
| RESTITUTO M. TIGLAO; ROSEMIA S. TIGLAO, | |
| Respondents. | |

///

1

On February 10, 2010 at 2:00 p.m., in Courtroom 3070 of the above-entitled Court, the Motion of Secured Creditor, AMERICA'S SERVICING COMPANY duly authorized servicing agent for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSORS BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., its successors and/or its assigns ("Movant") for Relief From Automatic Stay, came on regularly for hearing. William Pierce, Esq., appeared on behalf of Movant. Other appearances were as noted on the record.

Upon review of Movant's Motion, there being no opposition thereto, having heard oral arguments of counsel, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Movant is granted immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 8129 Otter Falls Court, North Las Vegas, Nevada 89085, and legally described as follows:

> **LOT 304 OF FINAL MAP OF NELSON RANCH-UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 120 OF PLATS, PAGE 68 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

2. That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. Upon foreclosure, in the event that the Debtor fails to vacate said property, Movant may proceed in State Court for unlawful detainer.

***END OF ORDER***

# **COURT SERVICE LIST**

In re: Restituto M. Tiglao, et al.
Bankruptcy Case No.: 09-50255-MM
RS No.: TJS-669

**Debtors**
Restituto M. Tiglao
Rosemia S. Tiglao
2756 Scott Boulevard, #3
Santa Clara, CA 95050

**Attorney for Debtors**
Lars T. Fuller, Esq.
60 N. Keeble Avenue
San Jose, CA 95126

**United States Trustee**
Office of the U.S. Trustee/SJ
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Bank of America
P.O. Box 30750
Los Angeles, CA 90030-0750

**20 Largest Unsecured Creditors**

Sunrise Credit Services, Inc.
260 Airport Plaza
Farmindale, NY 11735-3946

Kohl's
P.O. Box 30510
Los Angeles, CA 90030-0510

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

FairShare Plus Cash Mgmt
P.O. Box 340090
Boston, MA 02241-0490

Old Navy Visa
P.O. Box 960017
Orlando, FL 32896-0017

Citibank
P.O. Box 26892
San Francisco, CA 94126-6892

Mervyns
P.O. Box 960013
Orlando, FL 32896-0013

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Citibank, NA
Business Banking
P.O. Box 9241
Uniondale, NY 11555-9241

Downey Savings
3501 Jamboree Road
Newport Beach, CA 92660

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Wyndham Vacation Resorts, Inc.
P.O. Box 30750
Boston, MA 02241-3624

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

CitiBusiness Card
P.O. Box 6405
The Lakes, NV 88901-6405

Bank of America
P.O. Box 30750
Los Angeles, CA 90030-0750

**Attorney for Movant**
Timothy J. Silverman, Esq.
Solomon, Grindle, Silverman &
Wintringer, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130

3